UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YOLANDA GARCIA, | ) CASE NO.: 5:17-cv-1338 FFM |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated November 15, 2018.


DATED: November 15, 2018

                                            /S/ FREDERICK F. MUMM
                                            FREDERICK F. MUMM
                                            United States Magistrate Judge

1